IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 25mj2303 DLM |
| ) | |
| vs. ) | |
| ) | |
| GREGORY VANDENBERG, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' MOTION TO EXTEND PRELIMINARY HEARING

The United States hereby moves this Court to extend the preliminary hearing from Thursday, July 10, 2025, to Friday, July 11, 2025.[1] The United States will present this case to the grand jury on Thursday, July 10, 2025, at the U.S. courthouse in Albuquerque. The United States thus expects an indictment in this case to be issued later that day—obviating the need for a preliminary hearing. Therefore, in order to save time and resources, the United States is requesting that the preliminary hearing be set for Friday, July 11, 2025. If this request is granted, the United States will ensure that the Court is expeditiously notified of when the indictment is issued so that the Court can vacate the July 11, 2025, preliminary hearing.

Defendant is opposed to this motion.

Respectfully Submitted,

RYAN ELLISON
United States Attorney

_____
GRANT B. GARDNER
Assistant U.S. Attorney

---

[1] The preliminary hearing has not yet been formally set on the docket. But since Defendant has his initial appearance this morning (July 7, 2025), and since the United States asked for a three-day continuance of the preliminary hearing, the United States expects that the preliminary hearing is currently scheduled for July 10, 2025.

2

        200 N. Church Street
        Las Cruces, NM 88001
        (575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing using the CM/ECF system which will send notification to defense counsel of record by electronic means.

*<u>Electronically Filed</u>*
GRANT B. GARDNER
Assistant United States Attorney