UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 25-mj-2303-DLM |
| vs. | ) |
| **GREGORY VANDENBERG**, | ) |
| Defendant. | ) |

**ORDER DENYING MOTION TO EXTEND PRELIMINARY HEARING**

THIS MATTER is before the Court on the United States' Motion to Extend Preliminary Hearing (Doc. 7) ("Motion"). After reviewing the Motion as well as the Response (Doc. 10) filed by the Defendant, the Court finds the Motion is not well taken and hereby **DENIES** the Motion.

**IT IS HEREBY ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE