# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 25-mj-2303-DLM |
| ) | |
| vs. ) | |
| ) | |
| **GREGORY VANDENBERG**, ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER EXTENDING PRELIMINARY HEARING

THIS MATTER is before the Court on the United States' Motion to Extend Preliminary Hearing (Doc. 7) ("Motion"). The Court hereby **GRANTS** the Motion to Extend Preliminary Hearing under Rule 5 to Tuesday, July 15, 2025.

**IT IS THEREFORE ORDERED** that the preliminary hearing in this case be set for July 15, 2025, at 9:00 a.m.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE