CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
### CRIMINAL DOCKET FOR CASE #: 4:25-mj-08025-JEM-1

| | |
|---|---|
| Case title: USA v. Vandenberg | Date Filed: 06/13/2025 |
| Other court case number: 25-2303 MJ District of New Mexico | Date Terminated: 06/16/2025 |

Assigned to: Magistrate Judge James E Marner

**Defendant (1)**

Gregory Vandenberg  
90635-511  
*TERMINATED: 06/16/2025*  
also known as  
Grzegorz Vandenberg  
*TERMINATED: 06/16/2025*

represented by **Walter Ivan Goncalves , Jr**  
Federal Public Defenders Office - Tucson  
407 W Congress St., Ste. 501  
Tucson, AZ 85701-1310  
520-879-7500  
Fax: 520-879-7601  
Email: walter_goncalves@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
None

**Disposition**

---

**Plaintiff**

**USA**

represented by **Sarah Jane Precup**  
US Attorneys Office - Tucson, AZ  
405 W Congress St., Ste. 4800  
Tucson, AZ 85701-4050  
520-620-7348  
Email: sarah.precup@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2025 | 2 | **MINUTE ENTRY** for proceedings held before Magistrate Judge James E Marner: Initial Appearance in Rule 5(c)(3) Proceedings/Detention/Removal Hearing as to Grzegorz Vandenberg held on 6/16/2025. Defendant ordered/continued detained as a flight risk and a danger. Defendant states TRUE NAME to be Gregory Vandenberg. Further proceedings ordered in defendant's true name. Removal hearing waived. IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.<br><br>**Appearances**: AUSA Sarah J Precup for the Government. AFPD Walter Goncalves appointed and present for defendant. Defendant is present and in custody. Interpreter: N/A. (Recorded by COURTSMART.) Hearing held 3:20 PM to 3:39 PM. (cc: AUSA S Precup; AFPD W Goncalves; PTS)(DLV) (Entered: 06/17/2025) |
| 06/16/2025 | 3 | WAIVER of Rule 5(c)(3) Hearing by Gregory Vandenberg. (cc: AUSA S Precup; AFPD W Goncalves; USMS) (DLV) (Entered: 06/17/2025) |
| 06/16/2025 | 4 | ORDER OF DETENTION PENDING TRIAL as to Gregory Vandenberg. Signed by Magistrate Judge James E Marner on 6/16/2025. (cc: AUSA S Precup; AFPD W Goncalves; USMS; PTS) (DLV) (Entered: 06/17/2025) |
| 06/16/2025 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Gregory Vandenberg. Defendant committed to District of District of New Mexico. Signed by Magistrate Judge James E Marner on 6/16/2025.(cc: AUSA S Precup; AFPD W Goncalves; USMS) (DLV) (Entered: 06/17/2025) |
| 06/16/2025 | 9 | SEALED CJA 23 Financial Affidavit by Gregory Vandenberg. (SIB) (Entered: 06/18/2025) |
| 06/17/2025 | 6 | Notice to District of New Mexico of a Rule 5 or Rule 32 Initial Appearance as to Gregory Vandenberg. Your case number is: 25-2303 MJ. The case is SEALED.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (DLV) (Entered: 06/17/2025) |
| 06/17/2025 | 7 | MOTION to Unseal Case by USA as to Gregory Vandenberg. (Attachments: # 1 Proposed Order)(DLV) (Entered: 06/17/2025) |
| 06/18/2025 | 8 | ORDER granting 7 MOTION to Unseal Case as to Gregory Vandenberg (1). The Criminal Complaint signed June 12, 2025, shall remain sealed. Signed by Magistrate Judge James E Marner on 6/17/2025.(DLV) (Entered: 06/18/2025) |

**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | | |
|---|---|---|
| **U.S. Magistrate Judge:** James E. Marner | **Date:** June 16, 2025 | **SEALED** |
| **USA v. Grzegorz Vandenberg** | **Case Number:** 25-08025MJ-001 | |

**Assistant U.S. Attorney:** Sarah Precup (assigned)
**Attorney for Defendant:** Walter Goncalves, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present   ☒ Custody

**INITIAL APPEARANCE AND DETENTION HEARING**
**Date of Arrest:** June 13, 2025

☒ Warrant Other District- District of New Mexico
☒ Financial Affidavit taken
☒ Defendant states true name to be **Gregory Vandenberg**.
   Further proceedings ORDERED in Defendant's true name.
☒ Pretrial Services recommends detention. The Government concurs with the recommendation and states reasons. Defense counsel argues for release. The Court finds defendant is a flight risk and a danger to the community. Defendant ordered detained. Order to issue.

**REMOVAL HEARING:** ☒ Waived

☒ COMMITMENT TO ANOTHER DISTRICT ISSUED
☒ Defendant signs written Waiver of Removal Hearing. The Magistrate Judge finds, on the basis of Defendant's written waiver of removal hearing and this Magistrate Judge's receipt of the original/certified copy of the warrant from the District of New Mexico, that there is probable cause to believe that this defendant is the Grzegorz Vandenberg, named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.
☒ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.
**OTHER:**   AFPD Walter Goncalves is appointed as attorney of record for defendant.

**Recorded By** Courtsmart                                                              **IA/RH/DH   19 min**
**Deputy Clerk** Susana Barraza                                                     **Start:  3:20 PM**
                                                                                                        **Stop:   3:39 PM**

cc: AUSA S. Precup, AFPD W. Goncalves; PTS

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

☒ FILED  ☐ LODGED
Jun 16 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

United States of America

v.

Gregory Vandenberg

Case Number: 25-08025MJ-001

Charging District's Case No.
2:25-MJ-2303



**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the District of New Mexico.

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)   an identity hearing to determine whether I am the person named in the charges;
(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)   a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.
(5)   a hearing on any motion by the government for detention;
(6)   request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☒   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary

or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   June 16, 2025

_____
Defendant's Signature

_____
Signature of defendant's attorney (if any)

Walter I. Goncalves, Jr.
Printed name of defendant's attorney (if any)

cc: USMS, AUSA S. Precup, AFPD W. Goncalves

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

☒ FILED  ☐ RECEIVED
Jun 16 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

United States of America

v.

Gregory Vandenberg

Case Number: 25-08025MJ-001

Charging District's Case No.
2:25-MJ-2303-JHR



## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of New Mexico. The defendant may need an interpreter for this language:  N/A  .

The defendant:   ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   6/16/2025

_____
James E. Marner
United States Magistrate Judge

cc: USMS, AUSA S. Precup, AFPD W. Goncalves
AO 94 (Rev. 06/09)  Commitment to Another District

```
                                                    ┌─────────────────────────┐
                                                    │ ✓ FILED ___  ___ LODGED │
                                                    │   RECEIVED       COPY   │
                                                    │                         │
                                                    │      JUN 1 7 2025       │
                                                    │                         │
                                                    │  CLERK U S DISTRICT COURT│
                                                    │    DISTRICT OF ARIZONA  │
                                                    │  BY_____ DEPUTY│
                                                    └─────────────────────────┘
```

1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   SARAH J. PRECUP
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Email: sarah.precup@usdoj.gov
6  Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 4:25-08025MJ (JEM) |
| Plaintiff, | GOVERNMENT'S MOTION TO UNSEAL CASE |
| vs. | |
| Grzegorz Vandenberg, aka Gregory Vandenberg, | (Paper Filed In A Sealed Case All Defendant Name(s) to Be Made Public) |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, respectfully requests that this Court enter an Order to:

1. Unseal the case.

2. It is the intent of the government to unseal the entire case and *(check one)*:

   ☐ The government is not specifying any documents to remain sealed.

   ☒ The government requests that the following documents be ordered sealed: Criminal Complaint signed June 12, 2025.

3. Pursuant to the March 2004 Judicial Conference guidance, certain criminal documents shall not be included in the public case file and should not be made available to the public at the courthouse or via remote electronic access: unexecuted summonses or warrants of any kind (e.g., search warrants, arrest warrants); pretrial bail or presentence investigation reports; statements of reasons in the judgment of conviction; juvenile records; documents containing identifying information about jurors or potential jurors; financial

affidavits filed in seeking representation pursuant to the Criminal Justice Act; *ex parte* requests for authorization of investigative; and expert or other services pursuant to the Criminal Justice Act. Accordingly, the government requests that documents in those categories remain sealed without further order of the Court.

Respectfully submitted this 16th day of June, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Sarah Precup*
SARAH J. PRECUP
Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 4:25-08025MJ (JEM) |
| Plaintiff, | |
| vs. | ORDER |
| Grzegorz Vandenberg, aka Gregory Vandenberg, | |
| Defendant. | |

On motion of the United States of America,

IT IS ORDERED that the Clerk shall unseal this case. The Criminal Complaint signed June 12, 2025, shall remain sealed.

Dated this 17th day of June, 2025.

_____
James E. Marner
United States Magistrate Judge