THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 2:25-mj-02303-DLM

GREGORY VANDENBERG, a/k/a
"GRZEGORZ" VANDENBERG,

    Defendant.

## ENTRY OF APPEARANCE AS CO-COUNSEL

    COMES NOW, Chaz Rotenberg, Assistant Federal Public Defender, enters his appearance on behalf of Defendant Gregory Vandenberg as co-counsel for all matters pertaining herein.

                                                      Respectfully submitted,

                                                      FEDERAL PUBLIC DEFENDER
                                                      506 S. Main, Suite 400
                                                      Las Cruces, NM 88001
                                                      (575) 527-6930

                                                      **Electronically filed (July 10, 2025)**
                    By:    */s/ Chaz Rotenberg*
                                                      CHAZ ROTENBERG
                                                      Assistant Federal Public Defender